Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MARCELA SANTAMARIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    vs.<br><br>ALEJANDRO FLETES-LOPEZ, et al.,<br><br>                        Defendants. | No. 2:11-CR-00096 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff; Arturo Hernandez, attorney for defendant Alejandro Fletes-Lopez; Kenny Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Tim Pori, attorney for defendant Orlando Fletes-Lopez; Christopher Haydn-Myer, attorney for defendant Jesus Sanchez-Lopez; John Manning, attorney for defendant German Velazquez; Michael Hansen, attorney for defendant Marcela Santamaria; Dina Santos, attorney for defendant Mauricio Portillo; Gilbert Roque, attorney for defendant Guadalupe Reyes-Ontiveros; and Hayes Gable, III, attorney for defendant Diana Hernandez-Gonzalez, that the previously-scheduled status conference date of May 17, 2011, be vacated and the matter set for status conference on July 19, 2011.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com

1  Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the
2  date this stipulation is lodged, through July 19, 2011, should be excluded in computing time
3  within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C.
4  §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for
5  defense counsel to prepare].

Dated:  May 12, 2011                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
MARCELA SANTAMARIA

Dated:  May 12, 2011                    LAW OFFICES OF ARTURO
                                        HERNANDEZ-MELENDEZ

By: /s/ Michael E. Hansen for
ARTURO HERNANDEZ
Attorney for Defendant
ALEJANDRO FLETES-LOPEZ

Dated:  May 12, 2011                    LAW OFFICES OF DONALD MASUDA

By: /s/ Michael E. Hansen for
KENNY GIFFARD
DONALD MASUDA
Attorneys for Defendant
IRMA GONZALEZ

Dated:  May 12, 2011                    LAW OFFICES OF TIM A. PORI

By: /s/ Michael E. Hansen for
TIM PORI
Attorney for Defendant
ORLANDO FLETES-LOPEZ

Dated:  May 12, 2011                    CHRISTOPHER HAYDN-MYER LAW
                                        OFFICES

By: /s/ Michael E. Hansen for
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
JESUS SANCHEZ-LOPEZ

Dated:  May 12, 2011                    LAW OFFICE OF JOHN R. MANNING

By: /s/ Michael E. Hansen for
JOHN MANNING
Attorney for Defendant
GERMAN GONZALEZ VELAZQUEZ

2

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: May 12, 2011 | LAW OFFICES OF DINA L. SANTOS |
| 2 | | By: /s/ Michael E. Hansen for |
| 3 | | DINA SANTOS<br>Attorney for Defendant |
| 4 | | MAURICIO PORTILLO |
| 5 | Dated: May 12, 2011 | LAW OFFICE OF GILBERT A. ROQUE |
| 6 | | By: /s/ Michael E. Hansen for<br>GILBERT ROQUE |
| 7 | | Attorney for Defendant<br>GUADALUPE REYES-ONTIVEROS |
| 8 | Dated: May 12, 2011 | LAW OFFICE OF HAYES H. GABLE, III |
| 9 | | |
| 10 | | By: /s/ Michael E. Hansen for<br>HAYES GABLE, III |
| 11 | | Attorney for Defendant<br>DIANA HERNANDEZ-GONZALEZ |
| 12 | Dated: May 12, 2011 | U.S. ATTORNEY'S OFFICE |
| 13 | | By: /s/ Michael E. Hansen for<br>MICHAEL BECKWITH |
| 14 | | PAUL HEMESATH<br>Assistant U.S. Attorneys |
| 15 | | Attorneys for Plaintiff |

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled status conference date of May 17, 2011, be vacated and the matter set for status conference on July 19, 2011. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 and T4.

Dated: May 12, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com