**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004

Attorney for Defendant ORLANDO FLETES-LOPEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00096 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXCLUDE TIME** |
| ORLANDO FLETES-LOPEZ, et al. | |
| Defendants. | |
| _____/ | |

    The parties hereby stipulate that the status conference in this case be continued from July 19, 2011, to October 18, 2011, at 9:30 a.m.  The parties stipulate that the time between July 19, 2011, and October 18, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, Counsel for defendants require time to fully review the discovery and investigate the case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

    The parties further request that this matter be taken off the July 19, 2011 calendar

1

before Judge John Mendez and be rescheduled for October 18, 2011, at 9:30 a.m. before Judge Mendez.

                                  Respectfully submitted

Date: July 15, 2011                     /s/ Tim A. Pori
                                     TIM A. PORI
                                     Attorney for Defendant
                                     ORLANDO FLETES-LOPEZ

Date: July 15, 2011                     /s. Arturo Hernandez (Authorized 7/15/11)
                                     ARTURO HERNANDEZ
                                     Attorney for Defendant
                                     ALEJANDRO FLETES-LOPEZ

Date: July 15, 2011                     /s/ Kenny Giffard (Authorized 7/15/11)
                                     KENNY GIFFARD
                                     Attorney for Defendant
                                     IRMA ANACANI GONZALEZ

Date July 15, 2011                     /s/ Christopher Haydn-Myer (Authorized 7/15/11)
                                     CHRISTOPHER HAYDN-MYER
                                     Attorney for Defendant
                                     JESUS ALBERT SANCHEZ LOPEZ

Date: July 15, 2011                     /s/ John R. Manning (Authorized 7/15/11)
                                     JOHN R. MANNING
                                     Attorney for Defendant
                                     GERMAN GONZALEZ-VELAZQUEZ

Date: July 15, 2011                     /s/ Michael E. Hansen (Authorized 7/15/11)
                                     MICHAEL E. HANSEN
                                     Attorney for Defendant
                                     MARCELA SANTAMARIA

Date: July 15, 2011                     /s/ Clemente M. Jimenez (Authorized 7/15/11)
                                     CLEMENTE M. JIMENEZ
                                     Attorney for Defendant
                                     CONSEPCION CARRILLO

Date: July 15, 2011  /s/ Gilbert A. Roque (Authorized 7/15/11)
GILBERT A. ROQUE
Attorney for Defendant
GUADALUPE REYES-ONTIVEROS

Date: July 15, 2011  /s/ Paul A. Hemesath (Authorized 7/15/11)
PAUL A. HEMESATH
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to October 18, 2011, at 9:30 a.m. before the Honorable John Mendez in courtroom 14.

Dated: 7/15/2011

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

3