1 **Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
2 521 Georgia Street
Vallejo, CA  94590
3 Telephone: (707) 644-4004

4 Attorney for Defendant ORLANDO FLETES-LOPEZ

6 UNITED STATES DISTRICT COURT

7 EASTERN DISTRICT OF CALIFORNIA

9 UNITED STATES OF AMERICA,        Case No. 2:11-cr-00096 JAM

10           Plaintiff,                       **AMENDED STIPULATION AND ORDER TO EXCLUDE TIME**

11 vs.

12 ORLANDO FLETES-LOPEZ, et al.

13           Defendants.
   _____/

    The parties hereby stipulate that the status conference in this case be continued from July 19, 2011, to October 18, 2011, at 9:30 a.m.  The parties stipulate that the time between July 19, 2011, and October 18, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, Counsel for defendants require time to fully review the discovery and investigate the case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

    The parties further request that this matter be taken off the July 19, 2011 calendar

1

before Judge John Mendez and be rescheduled for October 18, 2011, at 9:30 a.m. before Judge Mendez.

Respectfully submitted

Date: July 15, 2011  /s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant
ORLANDO FLETES-LOPEZ

Date: July 15, 2011  /s. Arturo Hernandez (Authorized 7/15/11)
ARTURO HERNANDEZ
Attorney for Defendant
ALEJANDRO FLETES-LOPEZ

Date: July 15, 2011  /s/ Kenny Giffard (Authorized 7/15/11)
KENNY GIFFARD
Attorney for Defendant
IRMA ANACANI GONZALEZ

Date July 15, 2011  /s/ Christopher Haydn-Myer (Authorized 7/15/11)
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
JESUS ALBERT SANCHEZ LOPEZ

Date: July 15, 2011  /s/ John R. Manning (Authorized 7/15/11)
JOHN R. MANNING
Attorney for Defendant
GERMAN GONZALEZ-VELAZQUEZ

Date: July 15, 2011  /s/ Michael E. Hansen (Authorized 7/15/11)
MICHAEL E. HANSEN
Attorney for Defendant
MARCELA SANTAMARIA

Date: July 15, 2011  /s/ Clemente M. Jimenez (Authorized 7/15/11)
CLEMENTE M. JIMENEZ
Attorney for Defendant
CONSEPCION CARRILLO

2

Date: July 15, 2011                     /s/ Gilbert A. Roque (Authorized 7/15/11)
                                        GILBERT A. ROQUE
                                        Attorney for Defendant
                                        GUADALUPE REYES-ONTIVEROS

Date: July 18, 2011                      /s/ Hayes Gable (Authorized 7/18/11)
                                        HAYES GABLE
                                        Attorney for Defendant
                                        DIANA HERNANDEZ-GONZALEZ

Date: July 18, 2011                      /s/ Dena Santos (Authorized 7/18/11)
                                        DENA SANTOS
                                        Attorney for Defendant
                                        MAURICIO CARLOS-PORTIO

Date: July 15, 2011                     /s/ Paul A. Hemesath (Authorized 7/15/11)
                                        PAUL A. HEMESATH
                                        Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to October 18, 2011, at 9:30 a.m. before the Honorable John Mendez in courtroom 14.

Dated: 7/18/2011                        /s/ John A. Mendez
                                        U.S. DISTRICT COURT JUDGE

3