Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
MARCELA SANTAMARIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ALEJANDRO FLETES-LOPEZ, et al.,<br><br>　　　　　　　　Defendants. | No. 2:11-CR-00096 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff; Arturo Hernandez, attorney for defendant Alejandro Fletes-Lopez; Kenny Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Tim Pori, attorney for defendant Orlando Fletes-Lopez; Christopher Haydn-Myer, attorney for defendant Jesus Sanchez-Lopez; Olaf Hedberg, attorney for defendant German Velazquez; Michael Hansen, attorney for defendant Marcela Santamaria; Dina Santos, attorney for defendant Mauricio Portillo; Clemente Jimenez, attorney for defendant Consepcion Carillo; Gilbert Roque, attorney for defendant Guadalupe Reyes-Ontiveros; and Hayes Gable, III, attorney for defendant Diana Hernandez-Gonzalez, that the previously-scheduled status conference date of October 18, 2011, be vacated and the matter set for status conference on November 8, 2011, at 9:30 a.m.

This continuance is requested to allow counsel additional time to review discovery with

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com

1  the defendants, to examine possible defenses and to continue investigating the facts of the case.
2  Additionally, at least four defense attorneys are currently in trial in homicide cases in
3  Sacramento and Yolo Counties.
4      The Government concurs with this request.
5      Further, the parties agree and stipulate the ends of justice served by the granting of such
6  a continuance outweigh the best interests of the public and the defendants in a speedy trial and
7  that time within which the trial of this case must be commenced under the Speedy Trial Act
8  should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv),
9  corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel
10 to prepare], from the date of the parties' stipulation, October 14, 2011, to and including
11 November 8, 2011.
12     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
13     IT IS SO STIPULATED.

14 Dated: October 14, 2011                Respectfully submitted,

15                                        /s/ Michael E. Hansen
                                          MICHAEL E. HANSEN
16                                        Attorney for Defendant
                                          MARCELA SANTAMARIA
17
18 Dated: October 14, 2011                LAW OFFICES OF ARTURO
                                          HERNANDEZ-MELENDEZ
19
                                          By: /s/ Michael E. Hansen for
20                                        ARTURO HERNANDEZ
                                          Attorney for Defendant
21                                        ALEJANDRO FLETES-LOPEZ

22 Dated: October 14, 2011                LAW OFFICES OF DONALD MASUDA

23                                        By: /s/ Michael E. Hansen for
                                          KENNY GIFFARD
24                                        DONALD MASUDA
                                          Attorneys for Defendant
25                                        IRMA GONZALEZ

26 Dated: October 14, 2011                LAW OFFICES OF TIM A. PORI

27                                        By: /s/ Michael E. Hansen for
                                          TIM PORI
28                                        Attorney for Defendant
                                          ORLANDO FLETES-LOPEZ

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: October 14, 2011 | CHRISTOPHER HAYDN-MYER LAW OFFICES |
| | By: /s/ Michael E. Hansen for<br>CHRISTOPHER HAYDN-MYER<br>Attorney for Defendant<br>JESUS SANCHEZ-LOPEZ |
| Dated: October 14, 2011 | LAW OFFICE OF OLAF W. HEDBERG |
| | /s/ Michael E. Hansen for<br>OLAF HEDBERG<br>Attorney for Defendant<br>GERMAN GONZALEZ VELAZQUEZ |
| Dated: October 14, 2011 | LAW OFFICES OF DINA L. SANTOS |
| | By: /s/ Michael E. Hansen for<br>DINA SANTOS<br>Attorney for Defendant<br>MAURICIO PORTILLO |
| Dated: October 14, 2011 | LAW OFFICE OF CLEMENTE M. JIMENEZ |
| | /s/ Michael E. Hansen for<br>CLEMENTE JIMENEZ<br>Attorney for Defendant<br>CONSEPCION CARILLO |
| Dated: October 14, 2011 | LAW OFFICE OF GILBERT A. ROQUE |
| | By: /s/ Michael E. Hansen for<br>GILBERT ROQUE<br>Attorney for Defendant<br>GUADALUPE REYES-ONTIVEROS |
| Dated: October 14, 2011 | LAW OFFICE OF HAYES H. GABLE, III |
| | By: /s/ Michael E. Hansen for<br>HAYES GABLE, III<br>Attorney for Defendant<br>DIANA HERNANDEZ-GONZALEZ |
| Dated: October 14, 2011 | U.S. ATTORNEY'S OFFICE |
| | By: /s/ Michael E. Hansen for<br>MICHAEL BECKWITH<br>PAUL HEMESATH<br>Assistant U.S. Attorneys<br>Attorneys for Plaintiff |

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, October 14, 2011, to and including November 8, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare]. It is further ordered that the October 18, 2011, status conference shall be continued until November 8, 2011, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: 10/17/2011                                     /s/ John A. Mendez

                                                       JOHN A. MENDEZ
                                                       United States District Judge