BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>             Plaintiff,              )<br>                                     )<br>     v.                              )<br>                                     )<br>ALEJANDRO FLETES-LOPEZ, et al.,      )<br>                                     )<br>             Defendants.             )<br>                                     )<br>                                     )<br>_____) | CASE NO. 2:11-cr-00096-JAM<br><br>STIPULATION AND ORDER<br><br>DATE: January 10, 2012<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff; Arturo Hernandez, attorney for defendant Alejandro Fletes-Lopez; Kenny Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Tim Pori, attorney for defendant Orlando Fletes-Lopez; Christopher Haydn-Myer, attorney for defendant Jesus Sanchez-Lopez; Olaf Hedberg, attorney for defendant German Velazquez; Michael Hansen, attorney for defendant Marcela Santamaria; Dina Santos, attorney for defendant Mauricio Portillo; Clemente Jimenez, attorney for defendant Consepcion Carillo; Gilbert Roque, attorney for defendant Guadalupe

1

1  Reyes-Ontiveros; and Hayes Gable, III, attorney for defendant Diana
2  Hernandez-Gonzalez, that the previously-scheduled status conference
3  date of January 10, 2012, be vacated and the matter set for status
4  conference on February 28, 2012, at 9:30 a.m.
5      This request is made jointly by the government and defense in
6  order to permit time for continued preparation, including
7  investigation which is currently in progress, and plea negotiations.
8  Specifically, the government is in the process of providing
9  additional discovery to defendants.  The parties agree that the
10 interests of justice served by granting this continuance outweigh the
11 best interests of the public and the defendant in a speedy trial.  18
12 U.S.C. § 3161(h)(7)(A).
13     Further, the parties agree and stipulate the ends of justice
14 served by the granting of such a continuance outweigh the best
15 interests of the public and the defendants in a speedy trial and that
16 time within which the trial of this case must be commenced under the
17 Speedy Trial Act should therefore be excluded under 18 U.S.C.
18 sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2
19 [complex case] and T4 [reasonable time for defense counsel to
20 prepare], from the date of the parties' stipulation, January 10,
21 2012, to and including February 28, 2012.

23 Dated: January 6, 2012           /s/ Paul Hemesath
                                    Paul Hemesath
24                                  Assistant United States Attorney
                                    Counsel for Plaintiff
25
   Dated: January 6, 2012           /s/ Michael E. Hansen
26                                  MICHAEL E. HANSEN
                                    Attorney for Defendant
27                                  MARCELA SANTAMARIA
28

```
Dated: January 6, 2012            /s/ Ken Giffard
                                  KEN GIFFARD
                                  Attorneys for Defendant
                                  IRMA GONZALEZ

Dated: January 6, 2012            /s/ Christopher Haydn-Myer
                                  CHRISTOPHER HAYDN-MYER
                                  Attorney for Defendant
                                  JESUS SANCHEZ-LOPEZ

Dated: January 6, 2012            /s/ Arturo Hernandez
                                  ARTURO HERNANDEZ
                                  Attorney for Defendant
                                  ALEJANDRO FLETES-LOPEZ

Dated: January 6, 2012            /s/ Olaf Hedberg
                                  OLAF HEDBERG
                                  Attorney for Defendant
                                  GERMAN GONZALEZ VELAZQUEZ

Dated: January 6, 2012            /s/ Dina Santos
                                  DINA SANTOS
                                  Attorney for Defendant
                                  MAURICIO PORTILLO

Dated: January 6, 2012            /s/ Clemente Jimenez
                                  CLEMENTE JIMENEZ
                                  Attorney for Defendant
                                  CONSEPCION CARILLO

Dated: January 6, 2012            /s/ Gilbert Roque
                                  GILBERT ROQUE
                                  Attorney for Defendant
                                  GUADALUPE REYES-ONTIVEROS

Dated: January 6, 2012            /s/ Hayes Gable, III
                                  HAYES GABLE, III
                                  Attorney for Defendant
                                  DIANA HERNANDEZ-GONZALEZ

Dated: January 6, 2012            /s/ Tim Pori
                                  TIM PORI
                                  Attorney for Defendant
                                  ORLANDO FLETES-LOPEZ
```

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from January 10, 2012, to and including February 28, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare].  It is further ordered that the January 10, 2012, status conference shall be continued until February 28, 2012, at 9:30 a.m.

Dated: 1/6/2012               /s/ John A. Mendez
                              Hon. John A. Mendez
                              United States District Judge