BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00096-JAM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: February 28, 2012<br>TIME: 9:30 a.m. |
| ALEJANDRO FLETES-LOPEZ, et al., | COURT: Hon. John A. Mendez |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto

through their respective counsel, Michael Beckwith and Paul Hemesath,

Assistant United States Attorneys, attorneys for plaintiff; Arturo

Hernandez, attorney for defendant Alejandro Fletes-Lopez; Kenny

Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Tim

Pori, attorney for defendant Orlando Fletes-Lopez; Christopher

Haydn-Myer, attorney for defendant Jesus Sanchez-Lopez; Olaf Hedberg,

attorney for defendant German Velazquez; Michael Hansen, attorney for

defendant Marcela Santamaria; Dina Santos, attorney for defendant

Mauricio Portillo; Clemente Jimenez, attorney for defendant

Consepcion Carillo; Gilbert Roque, attorney for defendant Guadalupe

Reyes-Ontiveros; and Hayes Gable, III, attorney for defendant Diana
Hernandez-Gonzalez, that the previously-scheduled status conference
date of February 28, 2012, be vacated and the matter set for status
conference on April 17, 2012, at 9:30 a.m.

This request is made jointly by the government and defense in
order to permit time for continued preparation, including
investigation which is currently in progress, and plea negotiations.
Specifically, the government is in the process of providing
additional discovery to defendants.  The parties agree that the
interests of justice served by granting this continuance outweigh the
best interests of the public and the defendant in a speedy trial.  18
U.S.C. § 3161(h)(7)(A).

Further, the parties agree and stipulate the ends of justice
served by the granting of such a continuance outweigh the best
interests of the public and the defendants in a speedy trial and that
time within which the trial of this case must be commenced under the
Speedy Trial Act should therefore be excluded under 18 U.S.C.
sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2
[complex case] and T4 [reasonable time for defense counsel to
prepare], from the date of the parties' stipulation, February 28,
2012, to and including April 17, 2012.


Dated: February 23, 2012            /s/ Paul Hemesath
                                    Paul Hemesath
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

Dated: February 23, 2012            /s/ Michael E. Hansen
                                    MICHAEL E. HANSEN
                                    Attorney for Defendant
                                    MARCELA SANTAMARIA

2

```
 1   Dated: February 23, 2012          /s/ Ken Giffard
                                       KEN GIFFARD
 2                                     Attorneys for Defendant
                                       IRMA GONZALEZ
 3
     Dated: February 23, 2012          /s/ Christopher Haydn-Myer
 4                                     CHRISTOPHER HAYDN-MYER
                                       Attorney for Defendant
 5                                     JESUS SANCHEZ-LOPEZ

 6   Dated: February 23, 2012          /s/ Arturo Hernandez
                                       ARTURO HERNANDEZ
 7                                     Attorney for Defendant
                                       ALEJANDRO FLETES-LOPEZ
 8
     Dated: February 23, 2012          /s/ Olaf Hedberg
 9                                     OLAF HEDBERG
                                       Attorney for Defendant
10                                     GERMAN GONZALEZ VELAZQUEZ

11   Dated: February 23, 2012          /s/ Dina Santos
                                       DINA SANTOS
12                                     Attorney for Defendant
                                       MAURICIO PORTILLO
13
     Dated: February 23, 2012          /s/ Clemente Jimenez
14                                     CLEMENTE JIMENEZ
                                       Attorney for Defendant
15                                     CONSEPCION CARILLO

16   Dated: February 23, 2012          /s/ Gilbert Roque
                                       GILBERT ROQUE
17                                     Attorney for Defendant
                                       GUADALUPE REYES-ONTIVEROS
18
     Dated: February 23, 2012          /s/ Hayes Gable, III
19                                     HAYES GABLE, III
                                       Attorney for Defendant
20                                     DIANA HERNANDEZ-GONZALEZ

21   Dated: February 23, 2012          /s/ Tim Pori
                                       TIM PORI
22                                     Attorney for Defendant
                                       ORLANDO FLETES-LOPEZ
23

24

25

26

27

28
```

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from February 28, 2012, to and including April 17, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare].  It is further ordered that the February 28, 2012, status conference shall be continued until April 17, 2012, at 9:30 a.m.

Dated: 2/24/2012                    /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States District Judge

4