```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00096-JAM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: August 14, 2012 |
| ALEJANDRO FLETES-LOPEZ, et al., | TIME: 9:45 a.m. |
| | COURT: Hon. John A. Mendez |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff; Arturo Hernandez, attorney for defendant Alejandro Fletes-Lopez; Kenny Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Tim Pori, attorney for defendant Orlando Fletes-Lopez; Christopher Haydn-Myer, attorney for defendant Jesus Sanchez-Lopez; Olaf Hedberg, attorney for defendant German Velazquez; Michael Hansen, attorney for defendant Marcela Santamaria; Dina Santos, attorney for defendant Mauricio Portillo; Clemente Jimenez, attorney for defendant Consepcion Carillo; Gilbert Roque, attorney for defendant Guadalupe

1  Reyes-Ontiveros; Chris Cosca, attorney for defendant Miguel
2  Corona-Soria; and Hayes Gable, III, attorney for defendant Diana
3  Hernandez-Gonzalez, that the previously-scheduled status conference
4  date of August 14, 2012, be vacated and the matter set for status
5  conference on November 6, 2012, at 9:45 a.m.
6      This request is made jointly by the government and defense in
7  order to permit time for continued preparation, including
8  investigation which is currently in progress, and plea negotiations.
9  Specifically, discovery in this case consists of several hundred
10 pages of documents, and many hours of wiretapped telephone
11 recordings.  The parties agree that the interests of justice served
12 by granting this continuance outweigh the best interests of the
13 public and the defendant in a speedy trial.  18 U.S.C. §
14 3161(h)(7)(A).
15     Further, the parties agree and stipulate the ends of justice
16 served by the granting of such a continuance outweigh the best
17 interests of the public and the defendants in a speedy trial and that
18 time within which the trial of this case must be commenced under the
19 Speedy Trial Act should therefore be excluded under 18 U.S.C.
20 sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2
21 [complex case] and T4 [reasonable time for defense counsel to
22 prepare], from August 14, 2012, to and November 6, 2012.
23
24 Dated: August 10, 2012            /s/ Paul Hemesath
                                     Paul Hemesath
25                                   Assistant United States Attorney
                                     Counsel for Plaintiff
26
   Dated: August 10, 2012            /s/ Michael E. Hansen
27                                   MICHAEL E. HANSEN
                                     Attorney for Defendant
28                                   MARCELA SANTAMARIA

                                2

| | |
|---|---|
| Dated: August 10, 2012 | /s/ Ken Giffard<br>KEN GIFFARD<br>Attorneys for Defendant<br>IRMA GONZALEZ |
| Dated: August 10, 2012 | /s/ Christopher Haydn-Myer<br>CHRISTOPHER HAYDN-MYER<br>Attorney for Defendant<br>JESUS SANCHEZ-LOPEZ |
| Dated: August 10, 2012 | /s/ Arturo Hernandez<br>ARTURO HERNANDEZ<br>Attorney for Defendant<br>ALEJANDRO FLETES-LOPEZ |
| Dated: August 10, 2012 | /s/ Olaf Hedberg<br>OLAF HEDBERG<br>Attorney for Defendant<br>GERMAN GONZALEZ VELAZQUEZ |
| Dated: August 10, 2012 | /s/ Dina Santos<br>DINA SANTOS<br>Attorney for Defendant<br>MAURICIO PORTILLO |
| Dated: August 10, 2012 | /s/ Clemente Jimenez<br>CLEMENTE JIMENEZ<br>Attorney for Defendant<br>CONSEPCION CARILLO |
| Dated: August 10, 2012 | /s/ Gilbert Roque<br>GILBERT ROQUE<br>Attorney for Defendant<br>GUADALUPE REYES-ONTIVEROS |
| Dated: August 10, 2012 | /s/ Hayes Gable, III<br>HAYES GABLE, III<br>Attorney for Defendant<br>DIANA HERNANDEZ-GONZALEZ |
| Dated: August 10, 2012 | /s/ Tim Pori<br>TIM PORI<br>Attorney for Defendant<br>ORLANDO FLETES-LOPEZ |
| Dated: August 10, 2012 | /s/ Chris Cosca<br>Chris Cosca<br>Attorney for Defendant<br>MIGUEL CORONA-SORIA |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from August 14, 2012, to and including November 6, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare].  It is further ordered that the August 14, 2012, status conference shall be continued until November 6, 2012, at 9:45 a.m.

Dated: 8/13/2012                          /s/ John A. Mendez
                                          Hon. John A. Mendez
                                          United States District Court Judge