BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ALEJANDRO FLETES-LOPEZ, et al.,<br><br>           Defendants. | CASE NO. 2:11-cr-00096-JAM<br><br>STIPULATION AND ORDER<br><br>DATE: August 14, 2012<br>TIME: 9:45 a.m.<br>COURT: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff; Arturo Hernandez, attorney for defendant Alejandro Fletes-Lopez; Kenny Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Tim Pori, attorney for defendant Orlando Fletes-Lopez; Christopher Haydn-Myer, attorney for defendant Jesus Sanchez-Lopez; Olaf Hedberg, attorney for defendant German Velazquez; Michael Hansen, attorney for defendant Marcela Santamaria; Dina Santos, attorney for defendant Mauricio Portillo; Clemente Jimenez, attorney for defendant Consepcion Carillo; Gilbert Roque, attorney for defendant Guadalupe

1

Reyes-Ontiveros; Chris Cosca, attorney for defendant Miguel Corona-Soria; and Hayes Gable, III, attorney for defendant Diana Hernandez-Gonzalez, that the previously-scheduled status conference date of August 14, 2012, be vacated and the matter set for status conference on November 6, 2012, at 9:45 a.m.

This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. Specifically, discovery in this case consists of several hundred pages of documents, and many hours of wiretapped telephone recordings. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from August 14, 2012, to and November 6, 2012.

Dated: August 10, 2012           /s/ Paul Hemesath
                                 Paul Hemesath
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

Dated: August 10, 2012           /s/ Michael E. Hansen
                                 MICHAEL E. HANSEN
                                 Attorney for Defendant
                                 MARCELA SANTAMARIA

```
Dated: August 10, 2012          /s/ Ken Giffard
                                KEN GIFFARD
                                Attorneys for Defendant
                                IRMA GONZALEZ

Dated: August 10, 2012          /s/ Christopher Haydn-Myer
                                CHRISTOPHER HAYDN-MYER
                                Attorney for Defendant
                                JESUS SANCHEZ-LOPEZ

Dated: August 10, 2012          /s/ Arturo Hernandez
                                ARTURO HERNANDEZ
                                Attorney for Defendant
                                ALEJANDRO FLETES-LOPEZ

Dated: August 10, 2012          /s/ Olaf Hedberg
                                OLAF HEDBERG
                                Attorney for Defendant
                                GERMAN GONZALEZ VELAZQUEZ

Dated: August 10, 2012          /s/ Dina Santos
                                DINA SANTOS
                                Attorney for Defendant
                                MAURICIO PORTILLO

Dated: August 10, 2012          /s/ Clemente Jimenez
                                CLEMENTE JIMENEZ
                                Attorney for Defendant
                                CONSEPCION CARILLO

Dated: August 10, 2012          /s/ Gilbert Roque
                                GILBERT ROQUE
                                Attorney for Defendant
                                GUADALUPE REYES-ONTIVEROS

Dated: August 10, 2012          /s/ Hayes Gable, III
                                HAYES GABLE, III
                                Attorney for Defendant
                                DIANA HERNANDEZ-GONZALEZ

Dated: August 10, 2012          /s/ Tim Pori
                                TIM PORI
                                Attorney for Defendant
                                ORLANDO FLETES-LOPEZ

Dated: August 10, 2012          /s/ Chris Cosca
                                Chris Cosca
                                Attorney for Defendant
                                MIGUEL CORONA-SORIA
```

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from August 14, 2012, to and including November 6, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare].  It is further ordered that the August 14, 2012, status conference shall be continued until November 6, 2012, at 9:45 a.m.

Dated: 8/13/2012                    /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States District Court Judge

4