BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-00096-JAM |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE: December 11, 2012 |
| | ) | TIME: 9:45 a.m. |
| ALEJANDRO FLETES-LOPEZ, et al., | ) | COURT: Hon. John A. Mendez |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto
through their respective counsel, Michael Beckwith and Paul Hemesath,
Assistant United States Attorneys, attorneys for plaintiff; Arturo
Hernandez, attorney for defendant Alejandro Fletes-Lopez; Kenny
Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Tim
Pori, attorney for defendant Orlando Fletes-Lopez; Christopher
Haydn-Myer, attorney for defendant Jesus Sanchez-Lopez; Olaf Hedberg,
attorney for defendant German Velazquez; Michael Hansen, attorney for
defendant Marcela Santamaria; Dina Santos, attorney for defendant
Mauricio Portillo; Gilbert Roque, attorney for defendant Guadalupe
Reyes-Ontiveros; Hayes Gable, III, attorney for defendant Diana

1

Hernandez-Gonzalez, and Chris Cosca, attorney for Miguel Corona-Soria, that the previously-scheduled status conference date of December 11, 2012, be vacated and the matter set for status conference on January 22, 2013, at 9:45 a.m.

This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation, which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from the date of the parties' stipulation, January 10, 2012, to and including February 28, 2012.


Dated: December 7, 2012          /s/ Paul Hemesath
                                 Paul Hemesath
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

Dated: December 7, 2012          /s/ Michael E. Hansen
                                 MICHAEL E. HANSEN
                                 Attorney for Defendant
                                 MARCELA SANTAMARIA


Dated: December 7, 2012          /s/ Ken Giffard
                                 KEN GIFFARD
                                 Attorney for Defendant
                                 IRMA GONZALEZ

2

1
Dated: December 7, 2012          /s/ Christopher Haydn-Myer
2                                 CHRISTOPHER HAYDN-MYER
                                  Attorney for Defendant
3                                 JESUS SANCHEZ-LOPEZ

4    Dated: December 7, 2012          /s/ Arturo Hernandez
                                  ARTURO HERNANDEZ
5                                 Attorney for Defendant
                                  ALEJANDRO FLETES-LOPEZ
6
     Dated: December 7, 2012          /s/ Olaf Hedberg
7                                 OLAF HEDBERG
                                  Attorney for Defendant
8                                 GERMAN GONZALEZ VELAZQUEZ

9    Dated: December 7, 2012          /s/ Dina Santos
                                  DINA SANTOS
10                                Attorney for Defendant
                                  MAURICIO PORTILLO
11
     Dated: December 7, 2012          /s/ Gilbert Roque
12                                GILBERT ROQUE
                                  Attorney for Defendant
13                                GUADALUPE REYES-ONTIVEROS

14   Dated: December 7, 2012          /s/ Hayes Gable, III
                                  HAYES GABLE, III
15                                Attorney for Defendant
                                  DIANA HERNANDEZ-GONZALEZ
16
     Dated: December 7, 2012          /s/ Tim Pori
17                                TIM PORI
                                  Attorney for Defendant
18                                ORLANDO FLETES-LOPEZ

19
     Dated: December 7, 2012          /s/ Chris Cosca
20                                CHRIS COSCA
                                  Attorney for Defendant
21                                MIGUEL CORONA-SORIA

22

23

24

25

26

27

28

                                  3

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from December 7, 2012, to and including January 22, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare].  It is further ordered that the December 7, 2012, status conference shall be continued until January 22, 2013, at 9:45 a.m.

Dated: 12/10/2012                    /s/ John A. Mendez
                                     Hon. John A. Mendez
                                     United States District Court Judge

4